UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X

ROSELY VEGA, *individual and behalf of others similarly situated*,

                Plaintiff,

-against-

AJI-LIMON LLC (DBA AJI LIMON PERUVIAN RESTAURANT) CLARI ARANDA, and ROBERTO ANDIA, *Individually*,

                Defendants.

------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No.: 2:23-cv-22627-MEF-JSA

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective counsel that the above-captioned action is hereby voluntarily dismissed with prejudice against defendants, EL FOGON PERUVIAN RESTAURANT, LLC d/b/a AJI LIMON DEL FOGON (*improperly pled as* AJI-LIMON LLC (DBA AJI LIMON PERUVIAN RESTAURANT), and ROBERTO ANDIA, with each party bearing their own attorney's fees and costs, pursuant to Federal Rules of Civil Procedure 41(a) (1)(A)(ii).

DATED: November 8, 2024

STILLMAN LEGAL, P.C.

_____
Attorneys for Plaintiff
42 Broadway, 12th Floor
New York, New York 10004
(212) 203-2417

LAW OFFICES OF MICHAEL K. CHONG, LLC.

_____
Attorney for Defendants
2 Executive Drive, Suite 240
Fort Lee, New Jersey 07024
(201) 947-5200

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  11/12/2024